FILED
MAR 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8248

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Enrique RAMIREZ-Elias | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about March 18, 2008, within the Southern District of California, defendant Enrique RAMIREZ-Elias did knowingly and intentionally import approximately 32.94 kilograms (72.47 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached statement of facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 19$^h$ day of March 2008.

_____
Peter C. Lewis
United States Magistrate-Judge

UNITED STATES OF AMERICA

v.

Enrique RAMIREZ-Elias

## STATEMENT OF FACTS

This complaint is based on the reports and documents furnished to U. S. Immigration and Customs Enforcement Special Agent (SA) Russell H. Vensk Jr. and the interview of Enrique RAMIREZ-Elias.

On March 18, 2008, at approximately 1100 hrs., Enrique RAMIREZ-Elias, a citizen of Mexico, entered the U.S. from Mexico at the Calexico, Ca. East Port of Entry. RAMIREZ was the driver and sole occupant of a 1998 Honda Civic.

In pre-primary, Canine Enforcement Officer C. Randolph screened the vehicle with his Narcotic Detector Dog (NDD). The NDD alerted to contraband concealed within the rear seat of the vehicle. RAMIREZ and the vehicle were taken to secondary inspection area.

In secondary, Customs & Border Protection Officer (CBPO) A. Barnes discovered forty-one packages concealed within the vehicle. CBPO Barnes probed one of the packages and green leafy substance, which field-tested positive for marijuana. The packages had a net weight of 32.94 kilograms (72.47 pounds).

RAMIREZ was advised of his Miranda rights by SA B.Wood. RAMIREZ stated he understood his rights and agreed to answer questions without the presence of an attorney. RAMIREZ admitted he knew marijuana was concealed in the vehicle and he was to going to be paid $1800.00 US to transport it to Calexico, Ca.