FILED
APR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1234-WQH |
| Plaintiff, | INFORMATION |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ENRIQUE RAMIREZ-ELIAS, | |
| Defendant. | |

The United States Attorney charges:

On or about March 18, 2008, within the Southern District of California, defendant ENRIQUE RAMIREZ-ELIAS, did knowingly and intentionally import approximately 32.94 kilograms (72.47 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 17, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
4/17/08